UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GRAVES,<br><br>    Petitioner,<br><br>  v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>    Respondent. | NO. ED CV 06-1191 ABC (FMO)<br><br>**ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation. Having made a de novo determination of the portions of the Report and Recommendation to which the Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge. Accordingly, IT IS ORDERED THAT:

  1. Judgment shall be entered dismissing the action with prejudice.

  2. The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: March 18, 2011

                   /s/ Audrey B. Collins

                  AUDREY B. COLLINS<br>                CHIEF UNITED STATES DISTRICT JUDGE