# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED GRAVES, | NO. ED CV 06-1191 ABC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GEORGE A. NEOTTI, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 18, 2011

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE